**Pamela HOSKINS–HARRIS, Appellant,**

v.

**TYCO/MALLINCKRODT HEALTH-CARE; United Auto Workers, Local 1887, Appellees.**

No. 08–2194.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 15, 2009.

Filed: Oct. 20, 2009.

Pamela Hoskins–Harris, Florissant, MO, pro se.

Greta Nicole Hininger, Jill A. Morris, Ogletree & Deakins, Kansas City, MO, Gerald Kretmar, Appleton & Kretmar, St. Louis, MO, for Appellees.

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

PER CURIAM.

Pamela Hoskins–Harris (Hoskins–Harris) appeals the district court's [1] adverse grant of summary judgment in her employment discrimination action. After reviewing the record de novo, viewing the evidence and all reasonable inferences from it in the light most favorable to Hoskins–Harris, *see Jacob–Mua v. Veneman,* 289 F.3d 517, 520 (8th Cir.2002) (standard of review), we conclude summary judgment was proper for the reasons stated by the district court. Thus, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.